UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 17-07440
Flor M Infantes )
) Chapter: 13
) Honorable Carol A. Doyle
)
)
Debtor(s) )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation to reduce the monthly plan payments to $121 a month beginning December 2018 until the first vehicle is paid off and then in May of 2019 increase the plan payment to $451 a month and then when the second vehicle is paid in August of 2019 to increase the plan payment to $926 a month for the remainder of the plan.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: November 27, 2018

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600