IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 17-07440 |
| | ) | |
| Flor M Infantes | ) | Chapter 13 |
| . | ) | |
| Debtor(s). | ) | Judge Carol Doyle |

## NOTICE OF MOTION

TO:    Flor M Infantes, 8925 Kenton Ave. Skokie, IL 60076 *via US mail*

Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **June 4, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge Carol Doyle at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:    /s/ *David H. Cutler*
       David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on May 14, 2019 before the hour of 9:00 p.m.

By:    /s/ David H. Cutler
       David H. Cutler, esq.
       Counsel for Debtor(s)
       Cutler & Associates, Ltd.
       4131 Main St.
       Skokie, IL 60076
       Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 17-07440 |
| | ) | |
| Flor M Infantes | ) | Chapter 13 |
| . | ) | |
| Debtor(s). | ) | Judge Carol Doyle |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Flor M Infantes, by and through her attorneys, the law office of CUTLER & ASSOCIATES, and in support of this Motion, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on March 9, 2017.

3. The Debtor's plan was confirmed with a payment of 100 for 2 months, then $121 for 17 months and then $905 for 17 months with unsecured creditors receiving 42% of their unsecured claims.

4. The Debtor's plan was modified on November 27, 2018 to reduce the monthly plan payment to $121 a month beginning December 2018 until their first vehicle was paid off and then in May of 2019 increase the plan payment to $451 a month and then when the second vehicle is paid in August of 2019 to increase the plan payment to $926 a month for the remainder of the plan.

5. The Debtor and her non-filing spouse have received $7,295 for their tax refund for the 2018 tax year and the amount the Debtor is required to turnover to the Chapter 13 Trustee is $2,795. (See Exhibit A)

6. The Debtor is looking to keep her entire tax refund for 2018 to use for her children's university fees as even with student loans, grants and scholar awards there still are out of pocket fees that are required for her children's education.

7. The Debtor respectfully asks this Honorable Court permission to keep all of her 2018 tax refund to use on her children's university fees.

WHEREFORE, Debtor respectfully prays that this Court enter an Order allowing the Debtor to keep all of her tax refund for the year 2018 to pay for her children's university fees and for such other and further relief that this court deems just and proper.

Dated: May 14, 2019

Respectfully Submitted,

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St
Skokie, IL 60076
Phone: (847) 673-8600