Case 17-07440   Doc 31-2   Filed 05/14/19   Entered 05/14/19 20:15:45   Desc Exhibit
Page 1 of 1

Exhibit "A"

# Form 1040 — U.S. Individual Income Tax Return — 2018

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074

**Filing status:** [ ] Single  [X] Married filing jointly  [ ] Married filing separately  [ ] Head of household  [ ] Qualifying widow(er)

| | |
|---|---|
| Your first name and initial: CARLOS A | Last name: INFANTES |
| Your social security number: -8717 | |

Your standard deduction: [ ] Someone can claim you as a dependent  [ ] You were born before January 2, 1954  [ ] You are blind

| | |
|---|---|
| Spouse's first name and initial: FLOR M | Last name: INFANTES |
| Spouse's social security number: 212 | |

Spouse standard deduction: [ ] Someone can claim your spouse as a dependent  [ ] Spouse was born before January 2, 1954  [X] Full-year health care coverage or exempt
[ ] Spouse is blind  [ ] Spouse itemizes on a separate return or you were dual-status alien

Home address: 8925 KENTON AVE
City: SKOKIE, IL 60076

Presidential Election Campaign: [ ] You  [ ] Spouse

### Dependents

| (1) First name | Last name | (2) SSN | (3) Relationship | (4) Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| | | | SON | [ ] | [X] |
| | | | DAUGHTER | [ ] | [X] |
| | | | SON | [X] | [ ] |

### Sign Here

Your signature — Date: 02-09-2019
Spouse's signature — Date: 02-09-2019

### Paid Preparer Use Only

Preparer's name: Gordon Shaw
Firm's name: Shaws Tax and Accounting
Firm's address: 1850 W Columbia ave, Battle Creek, MI 49015
PTIN: 10434
Firm's EIN: 5957
Phone no.: -3333
[X] Self-employed

---

**Form 1040 (2018) — Page 2**

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 ........ DCB 5,000 | 71,809 |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRAs, pensions, and annuities | |
| 4b | Taxable amount | |
| 5a | Social security benefits | |
| 5b | Taxable amount | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 (17,532) | 54,277 |
| 7 | Adjusted gross income | 54,277 |
| 8 | Standard deduction or itemized deductions (from Schedule A) | 24,000 |
| 9 | Qualified business income deduction | |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7 | 30,277 |
| 11a | Tax (see inst) 3,252 (check if any from: 1 [ ] Form(s) 8814  2 [ ] Form 4972  3 [ ]) | 3,252 |
| 11b | Add any amount from Schedule 2 and check here | |
| 12a | Child tax credit/credit for other dependents 402  b Add any amount from Schedule 3 & check here [X] | 3,252 |
| 13 | Subtract line 12 from line 11 | 0 |
| 14 | Other taxes. Attach Schedule 4 | |
| 15 | Total tax. Add lines 13 and 14 | 0 |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | 3,995 |
| 17 | Refundable credits: a EIC  b Sch 8812 1,400  c Form 8863 1,900  Add any amount from Schedule 5 | 3,300 |
| 18 | Add lines 16 and 17. These are your total payments | 7,295 |

**Refund**

| Line | Description | Amount |
|---|---|---|
| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | 7,295 |
| 20a | Amount of line 19 you want refunded to you. [X] Checking [ ] Savings | 7,295 |
| 21 | Amount of line 19 you want applied to your 2019 estimated tax | |

**Amount You Owe**

| 22 | Amount you owe | |
| 23 | Estimated tax penalty | |

Standard Deduction:
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000

Go to www.irs.gov/Form1040 for instructions and the latest information.
Form 1040 (2018)
EEA